IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM O. ROBINSON and <br> BRENDA E. ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> MIDFIRST BANK, MIDLAND <br> MORTGAGE, and NEW DAY FINANCIAL, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * No. 4:14CV000360 SWW <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint with prejudice. The relief sought is denied.

DATED this 22nd day of September, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE